IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

In Re: THOMSEN, GLADYS    CASE NO: 04-14893

DEBTOR(S)

## ORDER APPROVING COMPROMISE AND SETTLEMENT

**CAME ON** to be heard and was heard the Motion To Approve Compromise and Settlement filed by James M. Priest, Jr. of Gill, Ladner & Priest, PLLC. The Court finds that all creditors and parties-in-interest have had not less than twenty (20) days notice of the filing of the Motion by mail and that no creditor or party-in-interest has filed an objection and made a written request for a hearing. The Court further finds that the compromise and settlement is in the best interest of the estate and should be approved, and the Court finds that said Motion is well taken and should be sustained.

**IT IS, THEREFORE, ORDERED** that the Motion is well taken and is hereby sustained and that the receipt of an interim payment in the amount of $62,072.00 minus a Common Benefit Fund Assessment of $3,972.63 from the Seventh Amendment Fund Administrator for personal physical injuries sustained by the Debtor is approved upon the terms and conditions set forth in the Motion. James M. Priest, Jr. of Gill, Ladner & Priest, PLLC is hereby authorized to receive from the Seventh Amendment Fund Administrator the total sum of $58,099.37, and James M. Priest, Jr. of Gill, Ladner & Priest, PLLC is hereby directed to tender this amount to the Chapter 7 Trustee to be disbursed pursuant to further order of this Court.

SO ORDERED on this the 22nd day of January, 2009.

_David W. Houston, III_
DAVID W. HOUSTON, III
UNITED STATES BANKRUPTCY JUDGE